Wayne S. Kreger (Cal. SBN: 154759)
Email:wkreger@maklawyers.com
Bevin E. Allen (Cal. SBN: 221936)
ballen@maklawyers.com
Milstein, Adelman & Kreger LLP
2800 Donald Douglas Loop North
Santa Monica, California 90405
Tel.: (310) 396-9600; Fax: (310) 396-9635

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO

| | |
|---|---|
| JENNIFER POINTER, an Individual and as Next Friend of, MICHAEL POINTER, a Minor,<br><br>*Plaintiff,*<br><br>v. Case No.: CV-07-PT-1615-M<br><br>McNEIL-PPC, INC.,<br><br>*Defendant.* | Civil Action No. 3:08-cv-00536-L-JMA<br><br>**NOTICE OF APPEARANCE**<br><br>*Class Action* |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff respectfully requests that the Clerk of the Court enter the appearance of Bevin E. Allen, as counsel of record for Jennifer Pointer in the above-captioned case. Plaintiff hereby requests that all parties' service list be updated to include Bevin E. Allen Esq., of the Law offices of Milstein, Adelman & Kreger, 2800 Donald

Douglas Loop North, Santa Monica, California 90405, telephone (310) 396-9600, facsimile (310) 396-9635, e-mail address ballen@maklawyers.com

I certify that I am admitted to practice in this court.

DATED: March 27, 2008 **COUNSEL FOR PLAINTIFF**

By ____s/ Bevin E. Allen_______________
MILSTEIN, ADELMAN & KREGER, LLP
Bevin E. Allen

CERTIFICATE OF SERVICE

THE UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO

I am employed in the County of LOS ANGELES, State of CALIFORNIA. I am over the age of 18 and not a party to within action; my business address is **2800 Donald Douglas Loop North, Santa Monica, California 90405.**

On March 27, 2008 I served the foregoing document described as:

**NOTICE OF APPEARANCE**

on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

All Counsel (See Attached Service List)

xxxx (By US Mail) I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail at Santa Monica, California.

Executed on March 27, 2008, at **Santa Monica, California.**

------ (By Fax) I caused such documents to be successfully transmitted via facsimile to the offices of the addresses.

____ (BY PERSONAL SERVICE) I caused such envelope to be hand delivered to the offices of the addressees.

------ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

xxxx (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

s/Bevin E. Allen

Bevin E. Allen

| | | |
|---|---|---|
| Sidney K. Kanazawa<br>Darrel C. Menthe<br>**McGUIREWOODS LLP**<br>1800 Century Park East, 8th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 315-8200<br>Facsimile: (310) 315-8210<br>Email:<br>dmenthe@mcguirewoods.com<br>*Attorney for the Defense McNeil-PPC, Inc., Ortiz and Ortiz-Flores Action* | David J. Noonan<br>Jill E. Randall<br>**KIRBY NOONAN LANCE & HOGE LLP**<br>Diamond View Tower<br>350 10th Ave, Suite 1300<br>San Diego, CA 92101<br>Telephone: (619) 231-8666<br>Facsimile: (619) 231-9593<br>*Attorney for the Defense McNeil-PPC, Inc., Oritz and Ortiz-Flores Action* | James C. Barton, Jr.<br>**JOHNSON, BARTON, PROCTOR & ROSE LLP**<br>569 Colonial Brookwood Center, Suite 901<br>Birmingham, AL 35209<br>(205) 458 9441 (direct dial)<br>(205) 458-9000 (fax)<br>jbartonjr@johnstonbarton.com<br>*Attorneys for Defendant McNeil-PPC, Inc., Pointer action* |
| Craig L. Lowell, Esq.<br>Dennis G. Pantazis<br>**Wiggins, Childs, Quinn & Pantazis, LLC**<br>The Kress Building<br>301 19th Street North<br>Birmingham, Alabama 35203<br>205-314-0500<br>205-254-1500 fax<br>clowell@wcqp.com<br>dpantazis@wcqp.com<br><br>*Attorney for Plaintiffs Pointer* | Howard M. Rubinstein<br>Attorney at Law<br>914 Waters Avenue, Suite 20<br>Aspen, CO 81611<br>Tel: 832-715-2788<br><br>*Attorney for Plaintiffs Ortiz and Ortiz-Flores* | Harold M. Hewell<br>**Hewell Law Firm, APC**<br>402 West Broad Way 4th Floor<br>San Diego, CA 92101<br>Tel: 619-235-6854<br>Fax: 619-235-9122<br><br>*Attorney for Plaintiffs Ortiz and Ortiz-Flores* |