# UNITED STATES DISTRICT COURT

## Southern District of California

Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101−8900
Phone: (619) 557−5600
Fax: (619) 702−9900

W. Samuel Hamrick, Jr.,
Clerk of Court

May 22, 2008

Attention counsel and pro se litigants:

Re: Jennifer Pointer v. McNeil PPC, Inc, Case No. 3:08−cv−00536−BEN−CAB

You are hereby notified that as of 5/22/08, case 3:08−cv−00536−BEN−CAB was consolidated with the lead case 07cv678 BEN(CAB) .

ALL FURTHER DOCKETING WILL BE DONE IN THE LEAD CASE 07cv678 BEN(CAB) . Please include the lead case number on all further filings.

Sincerely yours,

W. Samuel Hamrick, Jr.,
Clerk of the Court

By: s/ J. Hathaway, Deputy Clerk

Copy to Clerk
Copy to Appropraite Courtroom Clerk
Copy to Chambers