FILED
08 MAY 22 AM 9:51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

TERRI ORTIZ, as an individual consumer and on behalf of ADRIAN ALEXANDER ORTIZ-FLORES, a minor; CHUCK TIDWELL, as an individual consumer and on behalf of WILLIAM TIDWELL, a minor; KRISTIN MATTHIS, as an individual consumer and on behalf of KENDALL MATTHIS, a minor; and on behalf of all others similarly situated,

Plaintiffs,

vs.

MCNEIL-PPC, INC., a New Jersey corporation,

Defendant.

JENNIFER POINTER, an Individual, and as next friend of MICHAEL POINTER, a minor,

Plaintiffs,

vs.

MCNEIL-PPC, INC.,

Defendant.

Case No. 07cv0678 BEN (CAB)
Case No. 08cv0536 BEN (CAB)

**ORDER CONSOLIDATING CASES**

Two groups of plaintiffs commenced two actions against Defendant McNeil-PPC, Inc. in this Court: *Ortiz-Flores et al. v. McNeil-PPC, Inc.*, No. 07cv0678 BEN (CAB); and *Pointer et al. v. McNeil-PPC, Inc.*, No. 08cv0536 BEN (CAB). All parties have jointly moved to consolidate these two actions. *Ortiz-Flores*, Dkt. No. 36 (May 15, 2008). Because consolidation serves efficiency and eliminates the risk of inconsistent adjudication, the Court grants the parties' joint motion under Federal Rule of Civil Procedure 42(a) and orders that:

(1) These two actions shall be consolidated for all purposes, including class certification, discovery, mediation, and trial;

(2) All further proceedings in the consolidated action shall be docketed under *Ortiz-Flores et al. v. McNeil-PPC, Inc.*, No. 07cv0678 BEN (CAB);

(3) All existing orders issued in *Ortiz-Flores*, including scheduling and minute orders, shall be deemed filed and served in *Pointer*; and

(4) Plaintiffs may file and serve an amended consolidated complaint within 30 days of the entry of this Order; upon service of the amended consolidated complaint, Defendant shall answer within 20 days.

IT IS SO ORDERED.

Dated: May 19, 2008

Roger T. Benitez
United States District Judge